Louis J. Testa (LT 2213)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut  06510
Telephone (203) 821-2000
Facsimile (203) 821-2009
Counsel to Saylavee, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
In re:                                        :
                                              :   CHAPTER 7
    DUCKY INTERACTIVE, INC.,                  :
                                              :   CASE NO. 05-23457 (ASH)
                        Debtor                :
———————————————————x   Re:  Doc. No. 159

## DESIGNATION OF ITEMS AND STATEMENT OF ISSUES

Saylavee, LLC ("Saylavee" or "Appellant") hereby submits the following designation of items to be included in the record on appeal and statement of issues to be presented on appeal pursuant to Rule 8006 Fed.R.Bankr.P. with respect to the Notice of Appeal filed January 28, 2008 (Doc. No. 159) filed by Appellant in the above captioned bankruptcy case.

**I.    Designation of Items to be Included in Record On Appeal**

Appellant hereby designates the following items to be included in the record on appeal:

1. Order dated and entered January 18, 2008 (**Doc. No. 156**).

2. Motion to Approve Compromise filed by Jeffrey L. Sapir dated June 25, 2007 (**Doc. No. 103**) ("Trustee's Compromise Motion").

3. Complaint filed in Adversary Case No. 07-08273 against Scott B. Hockler, dated July 3, 2007 (**Doc. No. 106**).

4. Complaint filed in Adversary Case No. 07-08274 against Pamela Stone dated July 3, 2007 (**Doc. No. 107**).

5. Objection of Saylavee, LLC to Application of Trustee to Approve Settlement

        dated July 17, 2007 (**Doc. No. 110**).

6.    Reply of Ducky Interactive, Inc. to Objection of Saylavee, LLC dated July 23, 2007 (**Doc. No. 112**).

7.    Transcript of Hearing held on July 24, 2007, at which time the court denied the Trustee's Compromise Motion.

8.    Transcript of Motion before the Hon. Adlai S. Hardin, Jr., United States Bankruptcy Judge with respect to hearing held on November 14, 2007.

9.    Transcript of Hearing regarding Motion the Hon. Adlai S. Hardin, Jr., United States Bankruptcy Judge with respect to hearing held on December 12, 2007.

## II.    Statement of Issues Presented on Appeal

Appellant hereby states the following issues presented on appeal:

A.    Did the Bankruptcy Court err in granting the Motion to Approve Compromise (Doc. No. 103)(i.e., "Trustee Compromise Motion") after prior denial of same, and without advance notice of reconsideration of said motion?

Dated: February 6, 2008                              SAYLAVEE, LLC

                                                          By:  /s/ Louis J. Testa
                                                               Louis J. Testa (LT2213)
                                                                Neubert, Pepe & Monteith, P.C.
                                                                195 Church Street, 13th Floor
                                                                New Haven, Connecticut 06510
                                                               Tel. 203.821.2000 / Fax 203.821.2009

M:\BANKRUPT.CY\Lichtman\Pleadings\APPEAL.1.28.08\Designation.Items.Stmt of Issues TRUSTEE.2.6.08.doc